UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ERNEST L. ARCHIE, JR.,**

    **Petitioner,**

**v.**                                      **CASE NO. 5:18cv134-MCR/CAS**

**JULIE JONES,**

    **Respondent.**
_____/

# **O R D E R**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge, ECF No. 4, that the case be dismissed. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

    1. The Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2. The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 13th day of September 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**